IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY W. McWILLIAMS, | CIVIL ACTION NO. 3:13-CV-2650 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE CARLSON) |
| MEDICAL DEPARTMENT, *et al.*, | |
| Defendants. | |

### ORDER

**NOW**, this 7th day of January, 2014, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 5) is **ADOPTED**.

(2) Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff may to file an amended complaint within twenty (20) days of the date of entry of this order.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge