IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY McWILLIAMS, | CIVIL ACTION NO. 3:13-CV-2650 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE CARLSON) |
| MEDICAL DEPARTMENT, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 15th day of May, 2014, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that the Report & Recommendation (Doc. 8) is **ADOPTED**. Plaintiff's Complaint is **DISMISSED with prejudice**. The clerk of court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge